**EXHIBIT A**
**PLANS**

# BLUE SKY TOWERS II, LLC

**PERMITTING REVISED**

ProTerra
Design Group, LLC

## SITE NAME: MASHPEE FIRE STATION #2
## SITE NUMBER: MA-5112
## ADDRESS: 101 RED BROOK ROAD
## MASHPEE, MA 02649

### TENANT INFORMATION



SITE NUMBER: 128554
SITE NAME: NEW SEABURY NA

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS
118 FLANDERS ROAD
THIRD FLOOR
WESTBOROUGH, MA 01581

### TENANT INFORMATION



SITE NUMBER: 4A1406026

T-MOBILE NORTHEAST, LLC
35 COMMERCE WAY
SUITE B
NORTON, MA 02766
OFFICE: (508) 285-2700
FAX: (508) 286-2883

---

## PERMITTING APPROVAL NOTE

THE PROJECT CONTAINED HEREIN IS SUBJECT TO:

• THE CAPE COD COMMISSION'S, "DEVELOPMENT OF REGIONAL IMPACT DECISION" APPROVED OCTOBER 18, 2018 WITH CONDITIONS.

## DRAWING INDEX

| SHEET | DESCRIPTION | REVISION |
|-------|-------------|----------|
| T-1 | TITLE SHEET | 6 |
| C-1 | ABUTTERS PLAN | 2 |
| C-2 | EXISTING CONDITIONS | 2 |
| A-1 | AERIAL & USGS MAPS | 6 |
| A-2 | COMPILED PLOT PLAN | 6 |
| A-3 | OVERALL SITE PLAN | 6 |
| A-4 | COMPOUND PLAN & ELEVATION | 6 |
| SE-1 TO SE-2 | SITING ELEVATIONS | 6 |
| SE-3 | SIGHT LINE PROFILES | 6 |
| D-1 | DETAILS | 6 |
| CA-1 TO CA-4 | TENANT DETAILS | 6 |
| EC-1 | EROSION CONTROL PLAN & DETAILS | 6 |

## GENERAL NOTES

1. CONTRACTOR SHALL VERIFY ALL PLANS AND EXISTING DIMENSIONS AND CONDITIONS ON THE JOB SITE AND SHALL IMMEDIATELY NOTIFY THE ENGINEER & APPLICANT REPRESENTATIVE IN WRITING OF DISCREPANCIES BEFORE PROCEEDING WITH THE WORK OR BE RESPONSIBLE FOR SAME.
2. PLANS FOR PERMITTING PURPOSES ONLY. NOT FOR CONSTRUCTION.
3. ALL UNDERGROUND UTILITY INFORMATION WAS DETERMINED FROM SURFACE INVESTIGATIONS AND EXISTING PLANS OF RECORD. THE CONTRACTOR SHALL LOCATE ALL UNDERGROUND UTILITIES IN THE FIELD PRIOR TO ANY SITE WORK. CALL DIG-SAFE (888) 344-7233 72-HOURS PRIOR TO ANY EXCAVATION.
4. THIS SHEET WAS ORIGINALLY PRINTED TO ANSI D (22"x34") WITH 1" MARGINS. PRINTING TO ANSI B (11"x17") WILL RESULT IN A HALF-SCALE (1:2) SHEET SET WITH 1/2" MARGINS. CONFIRM ALL SCALED DISTANCES WITH GRAPHICAL SCALES SHOWN HEREIN.
5. NEW CONSTRUCTION SHALL CONFORM TO ALL APPLICABLE CODES AND ORDINANCES INCLUDING BUT NOT LIMITED TO THE FOLLOWING: BUILDING CODE: MASSACHUSETTS STATE BUILDING CODE (780 CMR) 9TH EDITION (IBC) AND AMENDMENTS. ELECTRICAL CODE: NEC 2017 WITH MASSACHUSETTS AMENDMENTS (527 CMR 12.00)

---

### VICINITY MAP



LOCUS

SCALE: 1" = 1000'± (22x34)
         1" = 2000'± (11x17)


N

---

## PROJECT INFORMATION

| | |
|---|---|
| SITE TYPE: | RAW LAND WIRELESS COMMUNICATIONS FACILITY |
| SCOPE OF WORK: | PROPOSED 150' TALL MONOPOLE (156' HIGHEST APPURTENANCE) AND 70'x70' FENCED COMPOUND WITHIN 100'x100' LEASE AREA |
| SITE NAME: | MASHPEE FIRE STATION #2 |
| SITE NUMBER: | MA-5112 |
| SITE ADDRESS: | 101 RED BROOK ROAD MASHPEE, MA 02649 |
| ASSESSOR'S TAX ID#: | MAP 104 LOT 2 |
| ZONING DISTRICTS: | RESIDENTIAL DISTRICT (R-3) GROUNDWATER PROTECTION OVERLAY DISTRICT |
| LATITUDE: | 41° 35' 02.89" N (SURVEY 1A) |
| LONGITUDE: | 70° 29' 03.08" W (SURVEY 1A) |
| (P) ELEVATION: | 28.5'± |
| DATUM: | NAD83/NAVD88 |
| PROPERTY OWNER: | N/F TOWN OF MASHPEE 16 GREAT NECK ROAD NORTH MASHPEE, MA 02649 |
| APPLICANT: | BLUE SKY TOWERS II, LLC 582 PARK STREET SUITE 100 NORTH READING, MA 01864 |
| SITE ENGINEER: | PROTERRA DESIGN GROUP, LLC 4 BAY ROAD BUILDING A, SUITE 200 HADLEY, MA 01035 TEL: (413) 320-4918 |
| SURVEYOR: | NORTHEAST SURVEY CONSULTANTS 115 PLEASANT STREET SUITE 203 EASTHAMPTON, MA 01027 TEL: (413) 203-3144 |

---

DATE: 06/27/17
DRAWN: BLA/STJ
CHKDG: JAM/STJ
SCALE: SEE PLAN
JOB NO: 17-043

TITLE SHEET

**T-1**



ABUTTERS PLAN

C-1



RED BROOK ROAD
(PUBLIC ROW)

EXISTING CONDITIONS

C-2

























**EQUIPMENT CABINET (RBS)**

**POWER PROTECTION CABINET (PPC)**

**GENERATOR DETAIL**

**PURCELL CABINET (AAV)**

**BATTERY BACK-UP CABINET (BBU)**

**PROPANE TANK DETAIL**

