UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Blue Sky Towers II, LLC

    Plaintiff

v.

Civil Action No. 1:19cv12333

Town of Mashpee et al

    Defendant

ORDER OF DISMISSAL

January 8, 2020

STEARNS, D.J.

In accordance with the Court's Order [Dkt # 13] issued on January 8, 2020, it is

ORDERED that the above-entitled action be, and hereby is, dismissed.

By the Court,

/s/ Arnold Pacho
Deputy Clerk